1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

BENJAMIN NANCE,

8

Plaintiff,

CASE NO. C18-1163-RSL

9

v.

10

JEFF BEZOS,

MINUTE ORDER

11

Defendant.

12

13

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice
Theiler, United States Magistrate Judge:

14

15

Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 1) is deficient.  He

16

indicates no income, no sources of money, no money on hand or in accounts, no property, and no

17

monthly expenses.  Plaintiff must submit a revised, signed IFP application within **twenty (20)**

18

**days** of the date of this Order.  He must provide complete and detailed financial information and,

19

if he has no means of support, he must explain how he is able to meet basic monthly expenses,

20

including food and shelter.  Failure to comply may result in denial of IFP and/or dismissal.

21

DATED this 28th day of August, 2018.

22

WILLIAM M. MCCOOL, Clerk

23

By:    s/ Sharita Tolliver
Deputy Clerk

MINUTE ORDER
PAGE - 1