UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN NANCE,<br><br>        Plaintiff,<br><br> v.<br><br>JEFF BEZOS,<br><br>        Defendant. | CASE NO. C18-1163-RSL<br><br>REPORT AND RECOMMENDATION |

  Plaintiff submitted a deficient application to proceed *in forma pauperis* (IFP). (Dkt. 1.) He indicated no income, no sources of money, no money on hand or in accounts, no property, and no monthly expenses. By Minute Order dated August 28, 2018, the Court advised plaintiff it was unable to consider the IFP request without complete and detailed financial information, including an explanation as to how he is able to meet basic monthly expenses, including food and shelter. (Dkt. 4.) The Court directed plaintiff to submit a revised IFP application within twenty days of the date of the Order, and noted his failure to comply may result in denial of the IFP application and/or dismissal of this matter.

  To date, the Court has not received an amended IFP application or any other response to

REPORT AND RECOMMENDATION
PAGE - 1

the Court's Order.  Accordingly, the Court recommends the motion to proceed IFP (Dkt. 1) be DENIED.  This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

DEADLINE FOR OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 19, 2018**.

DATED this 3rd day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge