1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN NANCE,

                    Plaintiff,

    v.

JEFF BEZOS,

                    Defendant.

CASE NO. C18-1163-RSL

ORDER DENYING IN FORMA
PAUPERIS REQUEST

      The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the

Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the

remaining record, does hereby find and ORDER:

      (1)     The Court adopts the Report and Recommendation;

      (2)     Plaintiff's IFP application is DENIED.  Plaintiff is directed to pay the full filing fee

of $400.00 within **thirty (30) days** of the date of signature below.  If the filing fee is not paid, this

case will be dismissed;

      (3)     The Clerk shall file the complaint only on receipt of the filing fee.  If no filing fee

is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

/ / /

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 24th day of October, 2018.

_MrS Casnik_
Robert S. Lasnik
United States District Judge